# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form16instructions.pdf*

**9th Cir. Case Number(s)**; 26- 1232
**Case Name**: United States v. Weber, *et al.*
**District Court Case**: 2:25cv9149 (Central District of California)

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:
An expedited briefing schedule in the above-captioned case.

Relief is needed no later than *(date)*: March 18, 2026

The following will happen if relief is not granted within the requested time:
Absent expedited briefing, this Court may have inadequate time to rule on the important questions presented in this case in time for the Attorney General to exercise her statutory authority under the Civil Rights Act and properly enforce various federal election statutes before California's upcoming 2026 election to ensure that election is carried out with integrity and in compliance with all federal law.

The United States requires relief within 21 days to avoid irreparable harm.

I could not have filed this motion earlier because:
The United States files this motion on the same date that this Court created a docket for the matter.

I requested this relief in the district court or other lower court:     [ ] Yes     [X] No

If not, why not: Only this Court can set and modify its briefing schedule.

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

**Form 16**                                       *1*                                   *Rev. 11/21/2019*

I notified 9th Circuit court staff via voicemail or email about the filing of this motion:    [X] Yes        [ ] No

Via e-mail on 03/03/2026

I have notified all counsel and any unrepresented party of the filing of this motion:
On *(date)*: February 26, 2026
By *(method)*: Email
Position of other parties: Oppose.

Name and best contact information for each counsel/party notified:

- State of California and Secretary Weber: Andra Lim, Deputy Solicitor General, Office of the Solicitor General, California Department of Justice, andra.lim@doj.ca.gov
- NAACP and SIREN: Lali Madduri, Elias Law Group, lmadduri@elias.law
- League of Women Voters of California: Grayce Zelphin, ACLU of Northern California, gzelphin@aclunc.org

I declare under penalty of perjury that the foregoing is true.

**Signature**: s/ Andrew G. Braniff        **Date** 03/03/2026
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 16**                                         2                                         *Rev. 11/21/2019*