UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 10 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 26-1232 |
| Plaintiff - Appellant, | D.C. No. 2:25-cv-09149-DOC-ADS Central District of California, Los Angeles |
| v. | |
| SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California and STATE OF CALIFORNIA, | ORDER |
| Defendants - Appellees, | |
| LEAGUE OF WOMEN VOTERS OF CALIFORNIA; et al., | |
| Intervenor-Defendants - Appellees. | |

The responses to the motions to expedite and to consolidate are due at 12:00 p.m. Pacific Time on March 12, 2026. The optional reply in support of those motions is due at 12:00 p.m. Pacific Time on March 16, 2026

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT