No. 26-1232

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellant

v.

SHIRLEY WEBER, *et al.*,

Defendants-Appellees

NAACP; NAACP CALIFORNIA-HAWAII STATE CONFERENCE;
SERVICES, IMMIGRATION RIGHTS AND EDUCATION NETWORK;
LEAGUE OF WOMEN VOTERS OF CALIFORNIA,

Defendants-Intervenors-Appellees

ON APPEAL FROM THE ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**APPELLANT'S EXCERPTS OF RECORD
(INDEX VOLUME)**

HARMEET K. DHILLON
  Assistant Attorney General

JESUS A. OSETE
  Principal Deputy Assistant Attorney
  General

ANDREW G. BRANIFF
DAVID N. GOLDMAN
CHRISTOPHER C. WANG
  Attorneys
  Department of Justice
  Civil Rights Division
  Ben Franklin Station
  P.O. Box 14403
  Washington, D.C. 20044-4403
  (202) 532-3803

# INDEX

**Page**

## VOLUME 1

Order Granting Defendants' Motion to Dismiss and
Intervenors' Motion to Dismiss, filed January 15, 2026
(Doc. 128) ...................................................................................... 2-34

## VOLUME 2

Transcript, Hearing on Motion to Dismiss, held December 4,
2025, filed December 8, 2025
(Doc. 100) ................................................................................... 36-164

Intervenor-Defendant's (League of Women Voters of
California's) Notice of Motion and Motion to Dismiss,
filed November 20, 2025
(Doc. 67) ................................................................................... 165-189

Government's Opposition to Defendant's Motion to Dismiss,
filed November 18, 2025
(Doc. 64) ................................................................................... 190-224

Intervenors-Defendants' (NAACP; NAACP California-Hawaii
State Conference; and Services, Immigrant Rights and
Education Network's) Proposed Notice of Motion and Motion
to Dismiss, filed November 20, 2025
(Doc. 62-1) ............................................................................... 225-256

Defendant's (Weber's) Letter in Response to Government's
Request for Statewide Voter Registration List,
dated August 21, 2025, filed November 7, 2025
(Doc. 37-2, Ex. 6) .................................................................... 257-261

- 2 -

Government's Letter to Defendant (Weber) Requesting
Statewide Voter Registration List, dated August 13, 2025,
filed November 7, 2025
(Doc. 37-2, Ex. 5)................................................................262-265

Government's Letter to Defendant (Weber) Requesting
Statewide Voter Registration List, dated July 10, 2025,
filed November 7, 2025
(Doc. 37-2, Ex. 1)................................................................266-269

Defendants' Memorandum of Points and Authorities in
Support of Motion to Dismiss, filed November 7, 2025
(Doc. 37-1)........................................................................270-304

Notice of Defendants' Motion to Dismiss,
filed November 7, 2025
(Doc. 37)...........................................................................305-306

Government's Complaint, filed September 25, 2025
(Doc. 1)........................................................................... 307-328

Government's Notice of Appeal, filed February 25, 2026
(Doc. 131)..........................................................................329-331

## VOLUME 3

District Court Docket Sheet, No. 2:25cv9149
(as of March 17, 2026)........................................................333-353