

**ELIAS LAW GROUP**

1700 Seventh Ave, Suite 2100 | Seattle, WA 98101

May 13, 2026

**VIA CM/ECF**

Molly C. Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, California 94119-3939

**Re: Rule 28(j) Letter Submitted in *United States v. Weber*, Case No. 26-1232 Calendared for Oral Argument May 19, 2026**

Dear Ms. Dwyer:

NAACP Intervenors-Appellees respond to DOJ's 28(j) letter regarding a DOJ Office of Legal Counsel ("OLC") opinion. *See* Dkt. No. 104.1.

The OLC opinion is effectively an unauthorized surreply in which one DOJ office opines that another DOJ office's litigation position is correct. The timing is revealing: Though DOJ sued California on September 25, 2025, the OLC opinion is dated May 12, 2026—just one week before argument in this case, and the day before argument in a parallel case before the Sixth Circuit. *See United States v. Benson*, 26-01225. And unlike a typical OLC opinion, this one explicitly concerns arguments advanced in active litigation, citing and responding to briefs filed by counsel for Intervenor-Appellees in other parallel cases. Dkt. No. 104.1 at, *e.g.*, 7 n.7, 8 n.9. Even setting aside the default rule that agency opinion letters are afforded no deference, s*ee Christensen v. Harris County*, 529 U.S. 576, 587–88 (2000), this legal brief dressed up as an OLC opinion should be given no weight.

On the merits, the OLC opinion adds nothing to support reversal—in fact, it often confirms Intervenors' position in this litigation. As just one example, OLC contends that "[i]f Congress had meant to limit section 303 to materials that a third party has provided state election officers, it had other, more specific words available," such as "receive." Dkt. No. 104.1 at 9. In the same breath, OLC defines

May 13, 2026
Page 2

"receive" to as "[*t*]*o come into possession of*, get, acquire, or the like, from any source outside of oneself," and to "indicate[] a transfer of possession from one person . . . to another[.]" *Id.* (emphasis added) (quotations omitted). Those definitions buttress Intervenors' argument that the CRA does not extend to voter lists. *See* NAACP Intervenors' Br. at 41–47. A state's voter list, which is a record created and maintained by election officials, does not fall within any understanding of the statutory language—not even OLC's.

May 13, 2026                                               Respectfully submitted,

                                                          /s/ *Abha Khanna*
                                                          Abha Khanna
                                                          Tyler Bishop
                                                          Walker McKusick
                                                          **ELIAS LAW GROUP LLP**
                                                          1700 Seventh Avenue, Ste. 2100
                                                          Seattle, WA 98101
                                                          Tel.: (206) 656-0177
                                                          akhanna@elias.law
                                                          tbishop@elias.law
                                                          wmckusick@elias.law

                                                          Lalitha D. Madduri
                                                          Christopher D. Dodge
                                                          Jacob D. Shelly
                                                          Branden D. Lewiston
                                                          **ELIAS LAW GROUP LLP**
                                                          250 Massachusetts Ave NW, Ste. 400
                                                          Washington, DC 20001
                                                          Tel.: (202) 968-4490
                                                          lmadduri@elias.1aw
                                                          cdodge@elias.1aw
                                                          jshelly@elias.1aw
                                                          blewiston@elias.law

cc: All Counsel (via CM/ECF)                              *Counsel for NAACP Intervenor-Appellees*

May 13, 2026
Page 3

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that this letter complies with the word limit of Federal Rule

of Appellate Procedure 28(j) and Circuit Rule 28-6.

<u>/s/ *Abha Khanna*</u>
Abha Khanna