

**ELIAS LAW GROUP**

1700 Seventh Ave, Suite 2100 | Seattle, WA 98101

July 14, 2026

**VIA CM/ECF**

Molly C. Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, California 94119-3939

**Re:**  **Rule 28(j) Letter Submitted in *United States v. Weber*, Case No. 26-1232**
**Argued May 19, 2026**

Dear Ms. Dwyer:

Pursuant to Rule 28(j) and Circuit Rule 28-6, NAACP Intervenor-Appellees advise the Court that six more district courts have dismissed DOJ's parallel claims demanding statewide voter registration lists under the Civil Rights Act of 1960 ("CRA"). *See United States v. Oliver*, No. 1:25-cv-01193-JCH-JFR (D.N.M. July 14, 2026) (opinion attached as Exhibit A); *United States v. Koski*, No. 3:26-CV-42 (E.D. Va. July 14, 2026) (opinion attached as Exhibit B); *United States v. Warner*, No. 2:26-CV-00156, 2026 WL 2018877 (S.D.W. Va. July 13, 2026); *United States v. Bd. of Elections of N.Y.*, No. 1:25-CV-1338-MAD-PJE, 2026 WL 1999921 (N.D.N.Y. July 10, 2026); *United States v. Scanlan*, No. 25-CV-371-JL, 2026 WL 1864054 (D.N.H. June 29, 2026), *appeal docked*, No. 26-1783 (1st Cir. July 7, 2026); *United States v. Schmidt*, No. 2:25-CV-01481-CB, 2026 WL 1850016 (W.D. Pa. June 27, 2026), *appeal docketed*, No. 26-2684 (3rd Cir. July 7, 2026).

The six district courts collectively identified numerous, independent flaws in DOJ's claims, each of which support affirming here. *Oliver* held DOJ failed to state a factual basis for its demand, as the CRA requires, Ex. A at 15-20; *Koski* dismissed because a voter list is not a record that "come[s] into" the possession of election officials, Ex. B at 8-12; *Warner* found that DOJ failed to state any factual basis for its demand and that DOJ's purported purpose was outside the scope of the CRA, 2026 WL 2018877 at *4-8; *Board of Elections of New York* observed the same

July 14, 2026
Page 2

deficiencies in DOJ's claim as *Warner* but ultimately dismissed on the same grounds as *Koski*, 2026 WL 1999921 at *8-11; *Scanlan* agreed that a voter list is not a record covered by the CRA and also found DOJ failed to state a factual basis for its demand, 2026 WL 1864054, at *4-8; and *Schmidt* noted all of the above deficiencies and further held that DOJ filed its suit in the wrong district, 2026 WL 1850016 at *1-3.

Sixteen courts—the Sixth Circuit and fifteen district courts—have now found DOJ's claims for States' voter lists to be meritless. No court has held otherwise.

Respectfully submitted,

/s/ *Abha Khanna*

| | |
|---|---|
| Lalitha D. Madduri | Abha Khanna |
| Christopher D. Dodge | Tyler L. Bishop |
| Jacob D. Shelly | Walker R. McKusick |
| Branden D. Lewiston | **ELIAS LAW GROUP LLP** |
| **ELIAS LAW GROUP LLP** | 1700 Seventh Avenue, Ste. 2100 |
| 250 Massachusetts Ave NW | Seattle, WA 98101 |
| Ste. 400 | Tel.: (202) 948-1135 |
| Washington, DC 20001 | akhanna@elias.law |
| Tel.: (202) 948-1135 | tbishop@elias.law |
| lmadduri@elias.1aw | wmckusick@elias.law |
| cdodge@elias.1aw | |
| jshelly@elias.1aw | |
| blewiston@elias.law | |

*Counsel for Intervenor-Appellees NAACP, NAACP California-Hawaii State Conference, and SIREN*

cc: All Counsel (via CM/ECF)

July 14, 2026
Page 3

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this letter complies with the word limit of Federal Rule

of Appellate Procedure 28(j) and Circuit Rule 28-6.

/s/ *Abha Khanna*
Abha Khanna