

**ELIAS
LAW
GROUP**

1700 Seventh Ave, Suite 2100 | Seattle, WA 98101

August 3, 2026

**VIA CM/ECF**

Molly C. Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, California 94119-3939

**Re:** **Rule 28(j) Letter Submitted in *United States v. Weber*, Case No. 26-1232**
**_Argued May 19, 2026_**

Dear Ms. Dwyer:

Pursuant to Rule 28(j) and Circuit Rule 28-6, NAACP Intervenor-Appellees advise the Court that four more district courts have dismissed DOJ's parallel claims demanding statewide voter registration lists under the Civil Rights Act of 1960 ("CRA"). *See United States v. Matthews*, No. 25-CV-3398, 2026 WL 2212877 (C.D. Ill. July 31, 2026); *United States v. Caldwell*, No. 3:26-CV-2025-ZNQ-JTQ, 2026 WL 2186515 (D.N.J. July 29, 2026); *United States v. Adams*, No. 3:26-CV-00019-CHB-EBA, 2026 WL 2123871 (E.D. Ky. July 23, 2026); *United States v. Thomas*, No. 3:26-CV-21 (KAD), 2026 WL 2070437 (D. Conn. July 17, 2026).

Each of the four district courts rejected DOJ's assertion that CRA claims are exempt from the Federal Rules of Civil Procedure and judicial review. *See*

August 3, 2026
Page 2

*Matthews*, 2026 WL 2212877 at *2; *Caldwell*, 2026 WL 2186515 at *6; *Adams*, 2026 WL 2123871 at *3-4; *Thomas*, 2026 WL 2070437 at *1 n.1. Next, all four courts held that a dynamic, statewide voter registration list created by election officials is not a record that "comes into" the possession of election officials, as required to subject a record to inspection under the CRA. *See Matthews*, 2026 WL 2212877 at *3-4; *Caldwell*, 2026 WL 2186515 at *6-8; *Adams*, 2026 WL 2123871 at *4-5; *Thomas*, 2026 WL 2070437 at *5-7. *Matthews* also dismissed on the independent grounds that DOJ failed to state any factual basis for its demand, as required, and that DOJ's stated purpose of assessing list maintenance is not a valid purpose for a CRA demand. *Matthews*, 2026 WL 2212877 at *5-6. And *Adams* also dismissed on the ground that DOJ failed to state both its basis and its purpose in a single demand. 2026 WL 2123871 at *5-6. All of these holdings support affirmance here.

Twenty courts—the Sixth Circuit and nineteen district courts—have now found DOJ's claims for States' voter lists to be meritless. No court has held otherwise.

August 3, 2026
Page 3

Respectfully submitted,

/s/ *Abha Khanna*

|  |  |
|---|---|
| Lalitha D. Madduri | Abha Khanna |
| Christopher D. Dodge | Tyler L. Bishop |
| Jacob D. Shelly | Walker R. McKusick |
| Branden D. Lewiston | **ELIAS LAW GROUP LLP** |
| **ELIAS LAW GROUP LLP** | 1700 Seventh Avenue, Ste. 2100 |
| 250 Massachusetts Ave NW | Seattle, WA 98101 |
| Ste. 400 | Tel.: (202) 948-1135 |
| Washington, DC 20001 | akhanna@elias.law |
| Tel.: (202) 948-1135 | tbishop@elias.law |
| lmadduri@elias.1aw | wmckusick@elias.law |
| cdodge@elias.1aw | |
| jshelly@elias.1aw | |
| blewiston@elias.law | |

*Counsel for Intervenor-Appellees NAACP, NAACP California-Hawaii State Conference, and SIREN*

cc: All Counsel (via CM/ECF)

August 3, 2026
Page 4

## CERTIFICATE OF COMPLIANCE

I hereby certify that this letter complies with the word limit of Federal Rule

of Appellate Procedure 28(j) and Circuit Rule 28-6.

/s/ *Abha Khanna*
Abha Khanna